STATE of Missouri, Respondent,

v.

Vernell BUTCHER, Appellant.

Vernell BUTCHER, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 45826, WD 46929.

Missouri Court of Appeals,
Western District.

May 25, 1993.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rudolph R. Rhodes IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and BRECKENRIDGE and HANNA, JJ.

ORDER

PER CURIAM:

Consolidated appeal from conviction of sexual abuse in the first degree, § 566.040, RSMo 1986, and from denial of Rule 29.15 motion for post-conviction relief.

Conviction affirmed; post-conviction appeal dismissed.